UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| CAROLYN WEBSTER, an individual formerly d/b/a AZ-U-WISH CCRC, a sole proprietorship, | ) ) ) ) | CASE NO. 2:11-CV-784-LRH-CWH |
| Plaintiff, | ) ) | ORDER |
| vs. | ) ) | |
| BEAZER HOMES HOLDINGS CORP.; DOES I-X, inclusive; and ROE CORPORATIONS X-XX, | ) ) ) ) | |
| Defendants. | ) ) | |

This case is currently scheduled for bench trial on the stacked calendar of <u>April 1, 2014</u>.

IT IS ORDERED that this case is referred to The Honorable Cam Ferenbach for the purpose of conducting a settlement conference.

DATED this <u>27th</u> day of January, 2014.

_____
LARRY R. HICKS
U.S. DISTRICT JUDGE