UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CAROLYN WEBSTER, an individual formerly d/b/a AZ-U-WISH CRCC, A Sole Proprietorship, )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BEAZER HOMES HOLDINGS CORP., a )<br>Foreign Corporation; DOES I-X, inclusive; )<br>and Roe Corporations X-XX, inclusive, )<br>)<br>Defendants. )<br>) | 2:11-CV-00784-LRH-CWH<br><br>ORDER |

Before the Court is Defendant, Beazer Homes Holdings Corporation's ("Beazer") Motion for Leave to File a Reply in Support of its Motion in Limine to Preclude Plaintiff Carolyn Webster ("Webster") From Presenting or Testifying Regarding Speculation, Compilations, or Summaries. Doc. #61.[1]

The Court has reviewed the relevant submissions on file in this matter and is willing to allow Beazer to file a brief reply in support of its Motion in Limine (Doc. #54), not to exceed ten (10) pages in length. The Court shall, however, defer ruling on Beazer's Motion in Limine (Doc. #54) until trial when the Court may better assess the admissibility of the disputed evidence.

///

---

[1] Refers to the Court's docket entry number.

1  IT IS THEREFORE ORDERED that Beazer's Motion for Leave to File a Reply (Doc. #61)
2  is GRANTED.
3  IT IS FURTHER ORDERED that Beazer shall file a brief reply to its Motion in Limine
4  (Doc. #54) of not more than ten (10) pages, within seven (7) days of entry of this Order.
5  IT IS SO ORDERED.

7  DATED this 19th day of March, 2014.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE