# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CAROLYN WEBSTER, ) | Case No. 2:11-cv-00784-LRH-CWH |
| Plaintiff, ) | |
| vs. ) | **ORDER** |
| BEAZER HOMES HOLDINGS, CORP., ) | |
| Defendant. ) | |

This matter is before the Court on Plaintiff's Motion for Sanctions re Discovery (#60), filed March 14, 2014, and Defendant's Response (#76), filed March 31, 2014. On April 1, 2014, the Court conducted a settlement conference wherein the parties reached a settlement agreement. Accordingly, the Court will deny the motion without prejudice as it appears to be moot. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Sanctions re Discovery (#60) is **denied without prejudice**.

DATED: April 3, 2014.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**